FILED
CLERK, U.S. DISTRICT COURT
DEC - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MJ 14-02297 |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/<br>) Supervised Release Conditions) |
| DOUGLAS BROWER | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

 (A) (✓) the appearance of defendant as required; and/or

 (B) (✓) the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply with conditions of release. Also, defendant's DUI history is extensive + recent.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply with conditions. Also, defendant lacks bail resources, stable home + appears to have alcohol and/or substance abuse problem. Defendant has past failure to appear.

IT IS ORDERED that defendant be detained.

DATED: 12/2/14

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE